# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO VAZQUEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al, <br><br> Defendants. | Case No. 1:24-cv-00396-KES-SKO <br><br> **ORDER GRANTING UNOPPOSED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM** <br><br> **(Doc. 32)** |

    The Court, having considered the petition of Tania Vazquez for appointment as Guardian ad Litem for Eduardo Vazquez, Jr. (Doc. 32), plaintiff in the above-referenced action, along with the declaration in support of the petition, to which no opposition has been filed and good cause appearing,

    IT IS HEREBY ORDERED that Tania Vazquez be, and is hereby, appointed as Guardian Ad Litem for Plaintiff Eduardo Vazquez, Jr. in the above-referenced action pursuant to Federal Rule of Civil Procedure 17(c)(2). *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated:   **November 5, 2025**             /s/ *Sheila K. Oberto*
                                                   UNITED STATES MAGISTRATE JUDGE