IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO VAZQUEZ, JR., | CASE NO. 1:24-cv-00396-KES-SKO |
| Plaintiff, | **ORDER MODIFYING SCHEDULING ORDER** |
| v. | (Doc. 36) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Having considered the parties' Joint Stipulation for Extension of Deadlines ("Joint Stipulation"), (Doc. 36), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the September 4, 2024 and August 1, 2025 Scheduling Orders, (Docs. 23, 31), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non-Expert Discovery | December 5, 2025 | March 6, 2026 |
| Expert Disclosures | December 19, 2025 | March 20, 2026 |
| Rebuttal Expert Disclosures | January 16, 2026 | April 17, 2026 |
| Expert Discovery | March 6, 2026 | June 5, 2026 |
| Non-Dispositive Motions – Filing | March 11, 2026 | June 10, 2026 |
| Non-Dispositive Motions – Hearing | April 15, 2026 | July 15, 2026 |
| Dispositive Motions – Filing | April 27, 2026 | July 24, 2026 |
| Dispositive Motions – Hearing | June 1, 2026 | September 7, 2026 |
| Pre-Trial Conference | September 21, 2026 | December 28, 2026 |
| Trial | November 17, 2026 | February 23, 2027 |

IT IS SO ORDERED.

---

[1] Some of the parties' proposed dates were modified to comport with the Court calendar.  The deadline for requesting a settlement conference has not been rescheduled.  The parties may jointly contact Courtroom Deputy Wendy Kusamura at wkusamura@caed.uscourts.gov to schedule a settlement conference.

Dated: **November 22, 2025**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE