IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EDUARDO VASQUEZ, JR.,

                Plaintiff,

        v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

Case No. 1:24-cv-00396-KES-SKO

**ORDER GRANTING THIRD STIPULATION TO MODIFY THE CASE SCHEDULE**

(Doc. 38)

Before the Court is the parties' third stipulation to an extension of certain deadlines in this matter. (Doc. 38.)  Finding good cause (*see* Fed. R. Civ. P. 16(b)(4)), the Court hereby MODIFIES the case schedule as follows:

- Non-expert discovery shall be completed by June 12, 2026

- Expert witness disclosures shall be completed by June 26, 2026

- Rebuttal expert witness disclosures shall be completed by July 24, 2026

- Expert discovery shall be completed by October 9, 2026

- Non-dispositive motions shall be filed by August 7, 2026, and heard by September 11, 2026.

All other dates and deadlines remain as set.[1]  (*See* Doc. 37.)

IT IS SO ORDERED.

Dated:   **February 9, 2026**                    /s/ *Sheila K. Oberto*
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Per the parties' request, the foregoing modifications are made notwithstanding that the motion deadlines now pre-date the expert discovery deadline.

1