IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDUARDO VASQUEZ, JR.,

                Plaintiff,

        v.

UNITED STATES OF AMERICA, et al.,

                Defendants.

CASE NO. 1:24-CV-396-KES-EGC

**ORDER GRANTING FOURTH STIPULATION TO MODIFY THE CASE SCHEDULE**

(Doc. 41)

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 41), and for good cause shown, it is hereby ORDERED that the following dates set forth in the February 10, 2026 Scheduling Order, (Doc. 39), are VACATED and CONTINUED according to the revised schedule below:[1]

| Event | Scheduled Date | Continued Date |
|---|---|---|
| Non-Expert Discovery | June 12, 2026 | November 6, 2026 |
| Disclosure of Experts | June 26, 2026 | December 4, 2026 |
| Disclosure of Rebuttal Experts | July 24, 2026 | January 15, 2027 |
| Expert Discovery Deadline | October 9, 2026 | March 12, 2027 |
| Non-Dispositive Motions (filing deadline) | August 7, 2026 | March 17, 2027 |
| Non-Dispositive Motions (hearing deadline) | September 11, 2026 | April 21, 2027 |
| Dispositive Motions (filing deadline) | August 7, 2026 | March 22, 2027 |
| Dispositive Motions (hearing deadline) | September 8, 2026 | May 3, 2027 |
| Pretrial Conference | December 28, 2026 | August 23, 2027 |
| Trial | February 3, 2027 | October 19, 2027 |

---

[1]Some of the parties' proposed dates were modified to comport with the Court calendar, as the deadline for non-dispositive and dispositive motions cannot be before the close of discovery.

1

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE